```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/26/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

George Marcial   ,
      Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

__22__-CR-__208__ __(A)__ __(T)__

Defendant __George Marcial__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

_X_  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**George Marcial**
_____
Print Defendant's Name

*Hannah McCrea*
Digitally signed by Hannah McCrea
Date: 2022.04.26 14:07:34 -04'00'
_____
Defense Counsel's Signature

**Hannah McCrea**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

April 26, 2022
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge