USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GEORGE MARCIAL,

                 Defendant.

22 Cr. 208 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference scheduled for November 1, 2022, is ADJOURNED to **November 9, 2022**, at **11:30 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: October 27, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge