```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GEORGE MARCIAL,

                        Defendant.

22 Cr. 208 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Trial in this matter is scheduled for **February 6, 2023**, at **9:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly:

1. By **December 16, 2022**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **January 3, 2023**.

2. By **December 16, 2022**, the parties shall submit all required pretrial filings, including their joint proposed requests to charge, verdict form, and *voir dire* questions. For any proposed *voir dire* question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. The parties shall include with their proposed *voir dire* questions a brief description of the case and a list of names and places likely to be mentioned at trial, both to be read to prospective jurors during jury selection.

3. By **December 16, 2022**, the parties shall deliver to the Court two copies of each documentary exhibit sought to be admitted, pre-marked (i.e., labeled with exhibit stickers) and assembled sequentially in a loose-leaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

4. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list.

5. The final pretrial conference shall occur on **January 31, 2023**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: November 9, 2022
       New York, New York

                                                         ANALISA TORRES
                                                     United States District Judge