USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/31/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA                  :

    - v. -                                             :          22 Cr. 208 (AT)

GEORGE MARCIAL                              :

           Defendant.                     :
-----------------------------------------------------------------x

Upon the request of Defendant George Marcial, by his counsel Kristoff Williams, Esq., Jennifer Brown, Esq., and Jillian Tancil, Esq., and with good cause shown, it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Detention Center – Brooklyn, and the United States Marshal Service accept the following clothing for Mr. Marcial, Register Number 90453-509, to wear for appearances at his trial commencing on February 6, 2023, and continuing thereafter:

1. one suit jacket;
2. one pair of slacks;
3. three button-down shirts;
4. three pairs of socks;
5. one belt;
6. three ties and two pocket squares;
7. one pair of shoes.

Dated: New York, New York
       _January 31_ , 2023

**SO ORDERED:**

_____
ANALISA TORRES
United States District Judge