UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

GEORGE MARCIAL,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/1/2023
```

22 Cr. 208 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On February 1, 2023, Defendant filed a letter motion asking the Court to reconsider its ruling on Defendant's motion *in limine* to exclude certain portions of Defendant's wife's statements to responding officers on July 3, 2021.  ECF No. 61.  By **February 2, 2023**, at **12:00 p.m.** the Government shall file a response.

      SO ORDERED.

Dated: February 1, 2023
       New York, New York

                                              ANALISA TORRES
                                          United States District Judge