AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

George Marcial

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 22 Cr. 208

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

*[Signature]*

Signature of Judge

Analisa Torres — USDJ
Name of Judge — Title of Judge

2/13/2023
Date

Print Document    Save As...    Export as FDF    Retrieve FDF File    Reset Document